**Affirmed and Opinion and Dissenting Opinion filed September 19, 2024**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00910-CV

---

## DEXTER BUCHANAN FERNIL AND DELENA FERNIL, Appellants

## V.

## BLUEBIRD MEDICAL ENTERPRISES, LLC D/B/A ALLEGIANCE MOBILE HEALTH AND NICOLE MARINA MIRZA, Appellees

---

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 105367-CV**

---

### DISSENTING OPINION

The Texas Health Care Liability Act was originally enacted by the Legislature to protect physicians from questionable medical malpractice lawsuits. Today's majority opinion expands this protection to ambulance drivers who negligently violate rules of the road. A medical opinion is not required to either establish the rules of the road or common negligence. To the extent that the majority extends the HCLA to the facts of this case, I respectfully dissent.

/s/    Jerry Zimmerer
       Justice


Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson. (Zimmerer, J., dissenting).